IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | Criminal No. 16-004 (KBJ) |
| | : | |
| v. | : | |
| | : | **FILED** |
| | : | MAR 15 2016 |
| **MCC CONSTRUCTION CORPORATION,** | : | Clerk, U.S. District & Bankruptcy Courts for the District of Columbia |
| | : | |
| Defendant. | : | |

## CONSENT ORDER OF FORFEITURE

*WHEREAS*, a written plea agreement was filed with this Court and signed by defendant, and defendant's counsel, in which defendant agreed to plead guilty to Count One of an Information, charging the offense of Conspiracy to Commit Wire Fraud, in violation of Title 18, United States Code, Sections 371 and 1341;

*WHEREAS*, the Information also alleged the forfeiture of property, that is, forfeiture of any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count One, which property is subject to forfeiture, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c);

*WHEREAS*, the Information further alleged that the United States will seek a forfeiture money judgment against the defendant in the amount of $1,269,294, upon conviction of the offense in Count One, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c);

*WHEREAS*, in its plea agreement, the defendant agreed to the forfeiture of the above property and the entry of a forfeiture money judgment in the amount of $1,269,294;

1

*WHEREAS*, pursuant to Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure, this Court determines, based upon the evidence and information before it, including the defendant's plea agreement, that any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count One is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), and that a money judgment against the defendant is appropriate, as set forth below;

*WHEREAS*, pursuant to Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, this Court determines, based on the evidence set forth during defendant's plea hearing, that a forfeiture money judgment against defendant for $1,269,294 is appropriate insofar as this property is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c);

*WHEREAS*, Title 21, United States Code, Section 853(p) authorizes the forfeiture of substitute property;

*WHEREAS*, upon entry of a forfeiture order, Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure authorizes the Attorney General or a designee to conduct any discovery the Court considers proper in identifying, locating, or disposing of property subject to forfeiture;

***NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED:***

1. That the following property is declared forfeited to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c): any property, real or personal, which constitutes or is derived from proceeds traceable to the offense alleged in Count One.

2. A forfeiture money judgment in the amount of $1,269,294 is entered against the defendant.

3.  The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure.

4.  That pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure and the defendant's consent, this Order of Forfeiture is now final as to the defendant, and shall be made part of the sentence and included in the judgment.

5.  The Attorney General or a designee, pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, is authorized to conduct any discovery to identify, locate, or dispose of property subject to this Order.

6.  The Clerk of the Court shall forward a certified copy of this Order to USADC.AFMLS2@usdoj.gov.

Dated this _15_ day of _March_, 2016.

                                                   _____
                                                 KETANJI BROWN JACKSON
                                                 UNITED STATES DISTRICT JUDGE
                                                 FOR THE DISTRICT OF COLUMBIA

WE ASK FOR THIS:

CHANNING D. PHILLIPS
United States Attorney

By: _____
MATT GRAVES
Bar No. DC - 481052
United States Attorney's Office
District of Columbia
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530


LISA M. PHELAN
Chief
Washington Criminal I
Antitrust Division

_____
KEVIN HART
JUSTIN P. MURPHY
Trial Attorneys
Washington Criminal I
Antitrust Division
United States Department of Justice
450 Fifth Street, N.W., Suite 11300
Washington, D.C. 20530


_____          _____
Geoffrey G. Wormer                      Kirby D. Behre
Authorized Corporate Representative     Miller & Chevalier Chartered
for Defendant,                          Counsel for Defendant
MCC  Construction Corporation,
Defendant

4